UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RANDY RASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:09-cv-147 |
| ) | |
| BOB EVANS FARMS, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT BOB EVANS FARMS, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Bob Evans Farms, Inc., by counsel Scott Bilse, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for Summary Judgment on all of Plaintiff Randy Raska's claims. The grounds for this Motion are that Defendant owed no duty to protect or warn Plaintiff of an open and obvious condition on Defendant's business premises, and that Plaintiff was contributorily negligent as a matter of law for failing to avoid the condition. In support of this Motion, Defendant hereby incorporates its Memorandum in Support and the following exhibits, attached hereto:

**EXHIBIT A:** Deposition of Randy Raska, dated August 19, 2010

**EXHIBIT B:** Plaintiff's Answers to Interrogatories

**EXHIBIT C:** Authenticated Medical Records of Saint Anthony Memorial Hospital

**EXHIBIT D:** Independent Medical Examination Report of Dr. Nicole F. Einhorn, dated September 16, 2010

1

**EXHIBIT E:**   Deposition of Kay Wilson, dated August 18, 2010

**EXHIBIT F:**   Deposition of Tammy Raska, dated August 18, 2010

**EXHIBIT G:**   Deposition of Willie Hicks, dated August 18, 2010

**EXHIBIT H:**   Deposition of Scott Moore, dated August 24, 2010

**EXHIBIT I:**   Deposition of Kenneth Pepper, dated August 18, 2010

**EXHIBIT J:**   Deposition of Mary Bragg, dated August 19, 2010

WHEREFORE, Defendant Bob Evans Farms, Inc., respectfully moves this Court for summary judgment on all of Plaintiff's claims.

    Respectfully submitted,

    ABRAHAMSON, REED & BILSE

By:   /s/ Scott R. Bilse
Scott R. Bilse, Bar No. 13926-45
200 Russell Street
Suite 200
Hammond, Indiana 46320-1818
(219)937-1500

DONNA LAW FIRM, P.C.
Leslie A. Gelhar (*pro hac vice*)
7601 France Avenue South
Suite 350
Minneapolis, Minnesota 55435
(952)562-2460

Attorneys for Defendant Bob Evans Farms, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      None,

and I hereby certify that I have mailed by U.S. mail, postage pre-paid, the document to the following non-CM/ECF participants:

Randy Raska
1204 E. Michigan Blvd., Apt. C
Michigan City, Indiana 46360

Randy Raska
109 Cleveland Ave
Michigan City, IN 46360

          /s/ Scott R. Bilse
      Scott R. Bilse
      ABRAHAMSON, REED & BILSE
      200 Russell Street, 5th Floor
      Hammond, Indiana 46320
      (219)937-1500
      Attorneys for Defendant