UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RANDY RASKA, | ) |
|       Plaintiff | ) |
| v. | ) CIVIL NO. 2:09 cv 147 |
| BOB EVANS FARMS, INC., | ) |
|       Defendant | ) |

VERDICT FORM 1

**WE, THE JURY,** find:

We, the jury, find in favor of the defendant, Bob Evans Farms, Inc., and against the plaintiff, Randy Raska.

_____

3/28/12
DATE

S/FOREMAN
FOREMAN

RASVERD1