AO 450 (Rev. 10/09) Judgment in a Civil Action



UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| RANDY RASKA | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| V. | ) | Civil Action No.   2:09-cv-147 |
| BOB EVANS FARMS, INC. | ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge  Andrew P. Rodovich  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date   March 29, 2012

CLERK OF COURT

s/Pat Miller

*Signature of Clerk or Deputy Clerk*